EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 2 2003

at ____ o'clock and ____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. CR 03-00340 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | [18 U.S.C. §922(g)(1); 18 |
| LAMBERT O. VILLIATORA, SR., | ) | U.S.C. §922(g)(3); 18 U.S.C. |
| | ) | §924(a)(2); 18 U.S.C. §924(e)] |
| Defendant. | ) | |
| | ) | |

## I N D I C T M E N T

### COUNT 1

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)]

The Grand Jury charges that:

On or about June 18, 2003, in the District of Hawaii, defendant LAMBERT O. VILLIATORA, SR., a person who had three previous convictions for violent felonies and serious drug

offenses as defined in 18 United States Code, Section 924(e)(2), then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a .380 caliber Accu-Tek pistol, serial number H002771.

All in violation of Title 18 United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

COUNT 2

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)]

The Grand Jury further charges that:

On or about June 18, 2003, in the District of Hawaii, defendant LAMBERT O. VILLIATORA, SR., a person who had three previous convictions for violent felonies and serious drug offenses as defined in 18 United States Code, Section 924(e)(2), then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit, three .380 caliber Winchester rounds.

All in violation of Title 18 United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

COUNT 3

[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)]

The Grand Jury further charges that:

On or about June 18, 2003, in the District of Hawaii, defendant LAMBERT O. VILLIATORA, SR., a person who had three previous convictions for violent felonies and serious drug offenses as defined in 18 United States Code, Section 924(e)(2), then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce a firearm, to wit, a .380 caliber Accu-Tek pistol, serial number H002771.

All in violation of Title 18 United States Code, Sections 922(g)(3), 924(a)(2) and 924(e).

COUNT 4

[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)]

The Grand Jury further charges that:

On or about June 18, 2003, in the District of Hawaii, defendant LAMBERT O. VILLIATORA, SR., a person who had three previous convictions for violent felonies and serious drug offenses as defined in 18 United States Code, Section 924(e)(2), then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce ammunition, to wit, three .380 caliber Winchester rounds.

All in violation of Title 18 United States Code, Sections 922(g)(3), 924(a)(2) and 924(e).

DATED: July 2, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

<u>United States v. LAMBERT O. VILLIATORA, SR.</u>
Cr. No.
"INDICTMENT"

4