EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00340 DAE |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF THE |
| | ) | UNITED STATES; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| LAMBERT VILLIATORA, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no comments or objections to the Presentence Report.

DATED:  February 21, 2006, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii


                                    By /s/ Edric M. Ching
                                        EDRIC M. CHING
                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

```
DAVID F. KLEIN, Esq.        dk@thedefense.com      February 21, 2006
Counsel for Defendant       dfklein@gmail.com
LAMBERT O. VILLIATORA, SR.
```

                                              /s/ Patricia L. Redondo

_____